No. 679. D'ANTONIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Alan Miles Ruben* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 685. SKYLINE HOMES, INC., v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Larry S. Davidow* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 686. BROWN ET UX. v. SUPERIOR COURT OF WASHINGTON IN AND FOR KING COUNTY ET AL. Supreme Court of Washington. Certiorari denied. Petitioners *pro se. F. A. LeSourd* for respondents.

No. 687. ROEHNER v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se. Lyman M. Tondel, Jr.* for respondent.

No. 689. SHEW ET VIR v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *J. Allie Hayes* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 692. SOMMERVILLE, DOING BUSINESS AS NEW WILMINGTON LIVESTOCK AUCTION, v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Loyal H. Gregg* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.